USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/25

March 13, 2025

**Harris Beach Murtha**
ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

ROY W. BREITENBACH
MEMBER
DIRECT:  (516).880.8378
MOBILE: 516.382.5126
FAX:     516.880.8483
rbreitenbach@harrisbeachmurtha.com

## MEMORANDUM ENDORSED

VIA ECF

The Hon. Gregory H. Woods
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE:   *Gordon Surgical v. Empire*, 24-cv-08553-GHW

Dear Judge Woods:

    We represent the Plaintiffs in this lawsuit. Jointly with Defendants, we write to respectfully request a 30-day adjournment of the March 20, 2025 initial pretrial conference before Your Honor, as well as the associated pre-conference submission deadline. The reason for this adjournment request is that the parties currently are actively exploring a settlement of this matter

Respectfully,

Roy W. Breitenbach

RWB:

cc:   Valerie Sirota, Esq.

---

Application granted. The parties' March 13, 2025 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for March 20, 2025 is adjourned to April 29, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's December 16, 2024 order are due no later than April 22, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated: March 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

HARRIS BEACH MURTHA CULLINA PLLC